**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | |
|---|---|
| TANNER BAUGHMAN, | ) |
|      **Plaintiff,** | ) |
| VS. | ) |
| | ) |
| BURKE COUNTY SHERIFF'S OFFICE | ) CIVIL CASE NO: 1:25-cv-00295-JRH-BKE |
| and ALFONZO WILLIAMS, in his | ) |
| individual and official capacity, | ) |
| | ) |
|      **Defendants.** | ) |
| | ) |

**AMENDED APPLICATION FOR LEAVE OF COURT**

COMES NOW, Tanya D. Jeffords, counsel of record in the above-captioned case, and files her Amended Application for Leave of Court pursuant to Southern District Local Rule 83.9. The undersigned seeks Amended Leave of Absence for the following dates and purposes:

**August 12 – August 20, 2026, for: Family Obligations – son is returning to college**

The undersigned requests that this amended leave of absence be applicable to all proceedings which might otherwise be scheduled in this case including, but not limited to, hearings, trials, and depositions during the aforementioned period.

Counsel for all interested parties have been notified by receiving service of this motion in accordance with the notice of electronic filing.

This 9th day of July 2026.

                                 */s/Tanya D. Jeffords*
                                 TANYA D. JEFFORDS
                                 GA Bar No. 390055

                                 */s/Kenneth S. Ratley*
                                 KENNETH S. RATLEY
                                 GA Bar No. 359246
                                 Attorneys for Plaintiff

Law Offices of Tanya D. Jeffords

and Associates, PC
437 Walker Street
Augusta, GA 30901
TJeffords@JeffordsLaw.com
KRatley@JeffordsLaw.com
(706)722-3019

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | |
|---|---|
| **TANNER BAUGHMAN,** | ) |
|       **Plaintiff,** | ) |
| **VS.** | ) |
| | ) |
| **BURKE COUNTY SHERIFF'S OFFICE** | ) **CIVIL CASE NO: 1:25-cv-00295-JRH-BKE** |
| **and ALFONZO WILLIAMS, in his** | ) |
| **individual and official capacity,** | ) |
| | ) |
|       **Defendants.** | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within and foregoing was served on the following persons:

Russell Britt
Hall Booth Smith
1450 Greene St Suite 145
Augusta, GA 30901
rbritt@hallboothsmith.com
(404)954-5000

Respectfully submitted this 9th day of July 2026.

/s/Tanya D. Jeffords
TANYA D. JEFFORDS
GA Bar No. 390055

/s/Kenneth S. Ratley
KENNETH S. RATLEY
GA Bar No. 359246
Attorneys for Plaintiff

Law Offices of Tanya D. Jeffords
and Associates, PC
437 Walker Street
Augusta, GA 30901
(706)722-3019
TJeffords@JeffordsLaw.com
KRatley@JeffordsLaw.com